UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
SECURITIES AND EXCHANGE COMMISSION,    :    **NOTICE OF APPEARANCE**
:    **AND DEMAND FOR**
　　　　　　　Plaintiff,    :    **SERVICE OF PAPERS**
:
　　　　　v.    :
:
MARC J. GABELLI and BRUCE ALPERT,    :    Civil Action
:    08-Civ-3868(DAB)
　　　　　　　Defendants.    :
:
------------------------------------------------------------------ X

　　　　　PLEASE TAKE NOTICE that defendant Marc J. Gabelli, reserving all defenses, hereby appears in the above-entitled action and that the undersigned have been retained as attorneys for said defendant, and demands that all future correspondence and papers in this action be directed to the undersigned at the office set forth below.

Dated: New York, New York
　　　　May 6, 2007

　　　　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Lewis J. Liman
　　　　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　Tel: (212) 225-2550
　　　　　　　　　　　　　　　　　　　Fax: (212) 225-3999

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

cc:　　Robert B. Blackburn
　　　　Kevin P. O'Rourke
　　　　Christopher R. Conte
　　　　Mark Kreitman
　　　　Ivonia K. Slade
　　　　Jill S. Henderson
　　　　Edward McDonald