UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

MARC J. GABELLI and BRUCE ALPERT,

    Defendants.

------------------------------------------------------------------- X

**AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Civil Action
No. 08-Civ-3868

PLEASE TAKE NOTICE that defendant Marc J. Gabelli, reserving all defenses, hereby appears in the above-entitled action and that the undersigned have been retained as attorneys for said defendant, and demands that all future correspondence and papers in this action be directed to the undersigned at the office set forth below.

Dated: New York, New York
   May 7, 2008

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lewis J. Liman
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2550
Fax: (212) 225-3999

Attorneys for Defendant

cc: Robert B. Blackburn
   Kevin P. O'Rourke
   Christopher R. Conte
   Mark Kreitman
   Ivonia K. Slade
   Jill S. Henderson
   Edward McDonald