UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: 
SECURITIES AND EXCHANGE COMMISSION, :
:
        Plaintiff, :
:
        v. : CERTIFICATE OF SERVICE
:
MARC J. GABELLI and BRUCE ALPERT, : Civil Action
: No. 08-Civ-3868
        Defendants. :
:
------------------------------------------------------------------------ X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 7th day of May 2008, the Amended Notice of Appearance and Demand for Service of Papers was served by Federal Express upon:

        Edward McDonald
        Dechert LLP
        30 Rockefeller Plaza
        New York, NY  10112-2200

        Robert B. Blackburn
        Securities and Exchange Commission
        3 World Financial Center, Room 4300
        New York, NY  10281

        Kevin P. O'Rourke
        Christopher R. Conte
        Mark Kreitman
        Ivonia K. Slade
        Jill S. Henderson
        Securities and Exchange Commission
        100 F. Street, N.E.
        Washington, DC  20549-4010

2

         2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
           May 7, 2008

                                          /s/Richard V. Conza
                                            Richard V. Conza