UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SECURITIES AND EXCHANGE COMMISSION  : Case No. 08-cv-3868
                                    :
                Plaintiff,          :
                                    :
        -against-                   : **NOTICE OF APPEARANCE**
                                    :
MARC J. GABELLI, and BRUCE ALPERT   :
                                    :
                Defendants.         :
                                    :
------------------------------------X

**PLEASE TAKE NOTICE** that Edward A. McDonald of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Bruce Alpert, in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
       May 9, 2008

                                    DECHERT LLP


                                    By: __/s/ Edward A. McDonald__
                                        Edward A. McDonald
                                        edward.mcdonald@dechert.com
                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                    Tel.:(212) 698-3500
                                    Fax: (212) 698-3599
                                    Attorneys for Defendant Bruce Alpert