UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION : Case No. 08-cv-3868
                 Plaintiff, :
                 -against- : **NOTICE OF APPEARANCE**
MARC J. GABELLI, and BRUCE ALPERT :
                 Defendants. :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Kathleen N. Massey of the law firm of DECHERT LLP hereby enters her appearance as counsel of record on behalf of Bruce Alpert, in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
      May 9, 2008

                                      DECHERT LLP

                                      By: __/s/ Kathleen N. Massey__
                                           Kathleen N. Massey
                                           kathleen.massey@dechert.com
                                           30 Rockefeller Plaza
                                           New York, New York 10112
                                      Tel.:(212) 698-3500
                                      Fax: (212) 698-3599
                                      Attorneys for Defendant Bruce Alpert