```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

MARC J. GABELLI and BRUCE ALPERT,

        Defendants.

------------------------------------------------------------X

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE

Civil Action
08-Civ-3868 (DAB)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action through their undersigned counsel, that the time for filing a response to the Complaint (the "Complaint") shall be extended as follows:

    1.     Defendants shall answer or otherwise move with respect to the Complaint on or before July 11, 2008.

    2.     Plaintiff shall file its opposition to any such motion on or before September 19, 2008.

3.  Defendants shall reply on or before October 20, 2008.

Dated: May 13, 2008

SECURITIES AND EXCHANGE
COMMISSION

By: /s/
Kevin P. O'Rourke
Mark Kreitman
Jill S. Henderson
100 F Street, N.E.
Washington, DC 20549-4010
(202) 551-4442

Attorneys for Plaintiff

CLEARY, GOTTLIEB, STEEN &
HAMILTON LLP

By: /s/
Lewis J. Liman
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant Marc J. Gabelli

DECHERT LLP

By: /s/
Edward A. McDonald
Kathleen N. Massey
30 Rockefeller Plaza
New York, NY 10112-2200
(212) 698-3672

Attorneys for Defendant Bruce Alpert

SO ORDERED.

Dated: May 14, 2008
New York, New York

/s/ Deborah A. Batts
United States District Judge

2