UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
SECURITIES AND EXCHANGE            :
COMMISSION,                            Case No. 08-Civ-3868 (DAB)
                                   :   ECF
    Plaintiff,
                                   :
    v.                                 **NOTICE OF CHANGE OF ADDRESS**
                                   :
MARC J. GABELLI and BRUCE ALPERT,

    Defendants.
---------------------------------- X

PLEASE TAKE NOTICE, that effective May 19, 2008, the law firm of Dechert LLP, is located at 1095 Avenue of the Americas, New York, NY 10036-6797. The telephone and facsimile numbers will remain the same.

Dated: New York, New York.            Respectfully submitted,
       June 9, 2008
                                      DECHERT LLP


                                      By: /s/ Edward A. McDonald
                                          Edward A. McDonald
                                      edward.mcdonald@dechert.com
                                      1095 Avenue of the Americas
                                      New York, NY 10036-6797
                                      212-698-3500
                                      212-698-3599
                                      Attorneys for Bruce Albert