UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

      v.

MARC J. GABELLI and BRUCE ALPERT,

      Defendants.
------------------------------------- X

Case No. 08-Civ-3868 (DAB)
ECF

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE, that effective May 19, 2008, the law firm of Dechert LLP, is located at 1095 Avenue of the Americas, New York, NY 10036-6797. The telephone and facsimile numbers will remain the same.

Dated: New York, New York.
      June 9, 2008

Respectfully submitted,

DECHERT LLP

By: /s/ Kathleen N. Massey
    Kathleen N. Massey
kathleen.massey@dechert.com
1095 Avenue of the Americas
New York, NY 10036-6797
212-698-3500
212-698-3599
Attorneys for Bruce Albert