UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
: 
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, : Civil Action No. 08-CV-3868 (DAB)
:
v. :
:
MARC J. GABELLI, : NOTICE OF MOTION
and BRUCE ALPERT, :
:
Defendants. :
:
------------------------------------- X

**DEFENDANT BRUCE ALPERT'S NOTICE OF MOTION TO
DISMISS ALL CLAIMS AGAINST HIM IN THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declaration of Joshua I. Sherman, dated July 25, 2008, and the Complaint filed by plaintiff on April 24, 2008, defendant Bruce Alpert will move this Court before the Honorable Deborah A. Batts, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at such time as the Court shall direct, for an Order dismissing all of the claims of the Complaint made against defendant Bruce Alpert pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, as well as for such other and further relief that this Court deems just and proper.

Dated: New York, New York
       July 25, 2008

DECHERT LLP

By: /s/ Kathleen N. Massey
    Edward A. McDonald
    Kathleen N. Massey
    Joshua I. Sherman
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
*Counsel for Defendant Bruce Alpert*