UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
SECURITIES AND EXCHANGE COMMISSION,          :
:
            Plaintiff,          :
:
            v.          :    CERTIFICATE OF SERVICE
:
MARC J. GABELLI and BRUCE ALPERT,          :    Civil Action
:    No. 08-Civ-3868
            Defendants.          :
:
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 25th day of July 2008, the Notice of Motion to Dismiss the Complaint for Failure to State a Claim and Failure to Plead Fraud with Particularity and Because the Relief Sought is Barred by Statute or by Statute of Limitations, dated July 25, 2008 and including the Declaration of Kimberly Spiering with Exhibits A through G; and the Memorandum of Law in Support of Marc Gabelli's Motion to Dismiss, dated July 25, 2008 were served by Federal Express upon:

                Edward McDonald
                Dechert LLP
                30 Rockefeller Plaza
                New York, NY  10112-2200

                Robert B. Blackburn
                Securities and Exchange Commission
                3 World Financial Center, Room 4300
                New York, NY  10281

                Kevin P. O'Rourke
                Christopher R. Conte
                Mark Kreitman

2

        Ivonia K. Slade
        Jill S. Henderson
        Securities and Exchange Commission
        100 F. Street, N.E.
        Washington, DC  20549-4010

    2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
         July 28, 2008

                                                             s/Richard V. Conza
                                                              Richard V. Conza