USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

United States District Court
Southern District of New York

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,

v.

MARC J. GABELLI, and
BRUCE ALPERT,

ECF CASE
08 CV 3868 (DAB)

**Order for Admission**
*Pro Hac Vice*
On Written Motion

Upon the motion of Robert B. Blackburn attorney for plaintiff Securities and Exchange Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| **Applicant's Name:** | Kevin P. O'Rourke |
| Firm Name: | Securities and Exchange Commission |
| Address: | 100 F St., N.E. |
| City/State/Zip: | Washington, D.C. 20549-4010 |
| Phone Number: | (202) 551-4442 |
| Fax Number: | (202) 772-9246 |
| EMail: | ORourkeK@SEC.Gov , |

and

| | |
|---|---|
| **Applicant's Name:** | Jill S. Henderson |
| Firm Name: | Securities and Exchange Commission |
| Address: | 100 F St., N.E. |
| City/State/Zip: | Washington, D.C. 20549-4628 |
| Phone Number: | (202) 551-4812 |
| Fax Number: | (202) 772-9236 |
| EMail: | HendersonJi@SEC.Gov |

are admitted to practice *pro hac vice* as counsel for plaintiff Securities and Exchange Commission in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. As provided in the

current *District Court Fee Schedule and Related Information* (Issued in accordance with 28 U.S.C. § 1914 (b)) no *pro hac vice* fee is required for this motion.

Dated:        July ___, 2008
City, State:  New York, NY

*Deborah A. Batts* 9/4/08
Hon. Deborah A. Batts
United States District Judge

2