USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-29-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
SECURITIES AND EXCHANGE COMMISSION

Plaintiff,

-against-

08 Civ. 3868 (DAB)
ORDER

MARC J. GABELLI and BRUCE ALPERT,

Defendants.
--------------------------------------x
DEBORAH A. BATTS, United States District Judge.

Plaintiff moves pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss, without prejudice, the remaining disgorgement remedy under the Investment Advisers Act of 1940, against Defendants Gabelli and Alpert. Plaintiff represents that it will reassert that remedy "if, but only if, plaintiff successfully obtains a reversal on appeal of any claim or remedy dismissed by the Court" in its March 17, 2010 Memorandum and Order, granting in part, and denying in part, Defendants' Motions to Dismiss. (Plt's Mem. Of Law, 2.)

Here, the Court finds that such a dismissal would conserve the resources of the Court and the parties, would not substantially prejudice the Defendants, and would meet the factors set forth in <u>Zagano v. Fordham University</u>, 900 F.2d 12, 14 (2d Cir. 1990) ("Factors relevant to the consideration of a motion to dismiss without prejudice include the plaintiff's diligence in bringing the motion; any undue vexatiousness on

plaintiff's part; the extent to which the suit has progressed, including the defendant's effort and expense in preparation for trial; the duplicative expense of relitigation; and the adequacy of plaintiff's explanation for the need to dismiss.") (internal citations omitted).

Accordingly, Plaintiff's remaining remedy of disgorgement under the Investment Advisers Act of 1940 is DISMISSED without prejudice to refiling only if it obtains a reversal on appeal of any claim or remedy dismissed by the Court in its March 17, 2010 Memorandum and Order.

SO ORDERED.

Dated: New York, New York

July 28, 2010

Deborah A. Batts

Deborah A. Batts
United States District Judge