```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-17-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | 08 CV 3868 (DAB) |
| Plaintiff, | |
| v. | |
| MARC J. GABELLI, and BRUCE ALPERT, | |
| Defendants. | |

## ORDER ENTERING FINAL JUDGMENT

**WHEREAS,** there is no remaining issue or remedy for trial as a result of the Court's Memoranda and Orders of March 17, 2010 and July 28, 2010;

**IT IS THEREFORE ORDERED** that:

1. Final judgment in this matter is entered; and

2. Each party to this action shall bear its own costs, disbursements, attorneys' fees, and expenses.

**SO ORDERED.**

*Deborah A. Batts*

8/17/10   U.S. District Court