UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, **Plaintiff**, v. **MARC J. GABELLI, and BRUCE ALPERT**, **Defendants.** | : | **08 CV 3868 (DAB) ECF CASE** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 03 SEP 2010

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF APPEAL**

Notice is hereby given that the Securities and Exchange Commission, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on August 17, 2010, including the orders entered on March 17 and July 28, 2010.

The parties to the judgment are:

**Plaintiff Securities and Exchange Commission**
Kevin P. O'Rourke, Esq.
Robert B. Blackburn, Esq.
Jill S. Henderson, Esq.
Securities and Exchange Commission
100 F. Street NE
Washington, DC 20001-4628

**Defendant Marc J. Gabelli**
Lewis Liman, Esq.
Breon Peace, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Defendant Bruce Alpert**.
Edward A. McDonald, Esq.
Kathleen N. Massey, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Respectfully submitted,

Dated: August 31, 2010

Kevin P. O'Rourke
Jill S. Henderson
Securities and Exchange Commission
100 F. Street NE
Washington, DC 20001-4628
(202) 551-4442

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff Securities & Exchange Commission's Notice of Appeal to be sent by overnight delivery on the 31st day of August 2010, to:

Lewis Liman, Esq.
Breon Peace, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Counsel for Marc J. Gabelli*

Edward A. McDonald, Esq.
Kathleen N. Massey, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

*Counsel for Bruce Alpert*

Fonita Warren