UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED U.S.DC
SEP 09 2010
S.D. OF N.Y.

----------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION :

Plaintiff, :

-against- :

MARC J. GABELLI, and BRUCE ALPERT, :

Defendants. :

----------------------------------------------------------X

No. 08 CV 3868 (DAB)
ECF CASE

<u>NOTICE OF CROSS-APPEAL</u>

Notice is hereby given that Marc J. Gabelli ("<u>Gabelli</u>"), a respondent in the above-named action, hereby cross-appeals to the United States Court of Appeals for the Second Circuit from all portions of the District Court's two orders, respectively dated on the 17th day of March, 2010 and the 28th day of July, 2010, which were made final on the date judgment was entered on the 17th day of August, 2010, that denied Gabelli's motion to dismiss Plaintiff Securities and Exchange Commission's complaint against him, including Gabelli's motion to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and for failure to plead fraud with particularity and his motion to dismiss the complaint and all claims for relief against him as inappropriate, untimely and barred by the statute of limitations; and that denied defendants' request that the Complaint be dismissed with prejudice.

Dated: New York, New York
September 9, 2010

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP

By: ______________________________

Lewis J. Liman
Breon S. Peace
A Member of the Firm
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Respondent Marc J. Gabelli