UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- X
                                 :

SECURITIES AND EXCHANGE COMMISSION,    :

              Plaintiff,          :       Civil Action No. 08-CV-3868 (DAB)

          v.                 :

MARC J. GABELLI and BRUCE ALPERT,    :       **NOTICE OF CROSS-APPEAL**

            Defendants.       :

--------------------------------------------------- X

      **NOTICE** is hereby given that Defendant Bruce Alpert hereby cross-appeals to the United States Court of Appeals for the Second Circuit from the portions of the District Court's order dated March 17, 2010, denying Alpert's motion to dismiss with respect to Plaintiff's claim against him for aiding and abetting violations of Sections 206(1) and 206(2) of the Investment Advisers Act and Plaintiff's remedy of disgorgement, and from the portion of the District Court's order dated July 28, 2010, dismissing Plaintiff's remedy of disgorgement without prejudice. These orders were made final on August 17, 2010, the date judgment was entered.

Dated: New York, New York
       September 16, 2010

                                      DECHERT LLP

                                      By: _Kathleen Massey_

                                          Edward A. McDonald
                                          Kathleen N. Massey
                                          Joshua I. Sherman
                                    1095 Avenue of the Americas
                                    New York, New York  10036
                                    Telephone: (212) 698-3500
                                    Fax: (212) 698-3599
                                    kathleen.massey@dechert.com
                                    *Counsel for Defendant Bruce Alpert*