UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,

     -against-

MARC J. GABELLI and BRUCE ALPERT,

                Defendants.
------------------------------------------X

08 Civ. 3868 (DAB)
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/11

DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Defendant's letter dated August 19, 2011. The previously-scheduled Rule 16 conference is adjourned sine die.

    Parties shall provide the Court with a joint status update by letter 45 days from the date of this Order.

SO ORDERED.

Dated:   New York, New York
          August 22, 2011

                                  Deborah A. Batts
                           United States District Judge