UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>              Plaintiff,<br><br>v.<br><br>MARC J. GABELLI, and<br>BRUCE ALPERT,<br><br>              Defendants. | 08 CV 3868 (DAB) |

### STIPULATED ORDER OF FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANT MARC J. GABELLI

It is stipulated and agreed by counsel for the plaintiff and counsel for the defendant Marc J. Gabelli that the remaining claims against Marc J. Gabelli are dismissed with prejudice and that Final Judgment of Dismissal shall be entered as to Marc J. Gabelli.

**IT IS THEREFORE ORDERED** that:

1. Final judgment of dismissal in this matter is entered with prejudice as to Marc J. Gabelli, and only as to defendant Marc J. Gabelli; and

3. Each party to this stipulation shall bear its own costs, disbursements, attorneys' fees, and expenses.

Counsel for Plaintiff Securities
& Exchange Commission

Kevin P. O'Rourke, Esq.
Jill S. Henderson, Esq.
100 F. Street, N.W.
Washington, D.C. 20549-4010
(202) 551-4442

*[signature]*

Counsel for Defendant Marc J. Gabelli

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
Lewis J. Liman, Esq.
One Liberty Plaza
New York, NY 10006
(212) 225-2000

**SO ORDERED.**

_____
U.S. District Court