Courtesy Copy

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND
EXCHANGE COMMISSION

        Plaintiff,

v.

MARC J. GABELLI, and
BRUCE ALPERT,

        Defendants.

08 CV 3868 (DAB)

---

### STIPULATED ORDER OF FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANT MARC J. GABELLI

It is stipulated and agreed by counsel for the plaintiff and counsel for the defendant Marc J. Gabelli that the remaining claims against Marc J. Gabelli are dismissed with prejudice and that Final Judgment of Dismissal shall be entered as to Marc J. Gabelli.

IT IS THEREFORE ORDERED that:

1. Final judgment of dismissal in this matter is entered with prejudice as to Marc J. Gabelli, and only as to defendant Marc J. Gabelli; and

3. Each party to this stipulation shall bear its own costs, disbursements, attorneys' fees, and expenses.

Counsel for Plaintiff Securities
& Exchange Commission

*/s/ Kevin O'Rourke*

Kevin P. O'Rourke, Esq.
Jill S. Henderson, Esq.
100 F. Street, N.W.
Washington, D.C. 20549-4010
(202) 551-4442

Counsel for Defendant Marc J. Gabelli

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
Lewis J. Liman, Esq.
One Liberty Plaza
New York, NY 10006
(212) 225-2000

SO ORDERED.

Deborah A. Batts
U.S. District Court
8/5/13

2