UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>          Plaintiff,<br><br>v.<br><br>BRUCE ALPERT,<br><br>          Defendant. | 08 CV 3868 (DAB) |

## STIPULATED ORDER OF FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANT BRUCE ALPERT

It is stipulated and agreed by counsel for the plaintiff and counsel for the defendant Bruce Alpert that the remaining claims against Bruce Alpert are dismissed with prejudice and that Final Judgment of Dismissal shall be entered as to Bruce Alpert.

**IT IS THEREFORE ORDERED** that:

1. Final judgment of dismissal in this matter is entered with prejudice as to defendant Bruce Alpert; and

2. Each party to this stipulation shall bear its own costs, disbursements, attorneys' fees, and expenses.

                                            Counsel for Plaintiff Securities
                                            & Exchange Commission

                                            */s/ Kevin P. O'Rourke* 5/2/14
                                            Kevin P. O'Rourke, Esq.
                                            Jill S. Henderson, Esq.
                                            Charles C. Davis, Jr., Esq.
                                            100 F. Street, N.W.
                                            Washington, DC 20549-4010
                                            (202) 551-4442

Counsel for Defendant Bruce Alpert

*[signature: Edward A. McDonald]*

Dechert LLP
Kathleen N. Massey, Esq.
Edward A. McDonald, Esq.
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3686

**SO ORDERED**

_____
U.S. District Judge

2